Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CUNNINGHAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE TORKZADEH LAW FIRM, A PROFESSIONAL LAW CORPORATION.; FLUENT, INC.; and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | **Case No.:**<br><br>2:19-cv-06327-PA-AS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted this 2nd Day of August, 2019.

By: s/Todd M. Friedman Esq.
Todd M. Friedman
Attorney For Plaintiff

Notice of Dismissal - 1

## **CERTIFICATE OF SERVICE**

Filed electronically on August 2, 2019, with:

United States District Court CM/ECF system

Notification sent electronically on August 2, 2019, to:

To the Honorable Court, all parties and their Counsel of Record

s/ Todd M. Friedman
   Todd M. Friedman